UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS D. JENSEN, | ) | 3:09-CV-0368-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 19, 2010 |
| | ) | |
| E.K. McDANIELS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an *ex parte* motion to appoint Marshal to serve summons and complaint (#12). In that motion, plaintiff seeks to have the U.S. Marshal serve a summons on a person that is identified in his complaint as John Doe. Plaintiff now contends that he has discovered the identity of John Doe as William Combs and seeks service of the complaint on Mr. Combs.

Plaintiff's *ex parte* motion to appoint Marshal to serve summons and complaint (#12) is **DENIED**. If plaintiff seeks to add a properly identified defendant to his complaint, he must first file a motion for leave to amend his complaint pursuant to Fed.R.Civ.P. 15 and Local Rule 15-1. Plaintiff is reminded that he must attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading. LR 15-1(a).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
                    Deputy Clerk