UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THOMAS JENSEN, ) ) Plaintiff, ) ) v. ) ) E.K. MCDANIEL, *et al.*, ) ) Defendants. ) _____ ) | 3:09-cv-00368-LRH-VPC O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#49[1]) entered on June 14, 2012, recommending granting Defendants' Motion for Summary Judgment (#37), filed on February 24, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#49) filed on June 14, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
2 (#49) filed on June 14, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment
3 (#37) is GRANTED as to all claims in Plaintiff's second amended complaint.
4     IT IS SO ORDERED.
5     DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE