1
2
3
4
5

6                             UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                         * * * * *

9   THOMAS JENSEN,                        )
                                          )
10              Plaintiff,                )       3:09-cv-00368-LRH-VPC
                                          )
11  v.                                    )
                                          )       O R D E R
12  E.K. MCDANIEL, *et al.*,              )
                                          )
13              Defendants.               )
    _____)
14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16  Cooke (#49[1]) entered on June 14, 2012, recommending granting Defendants' Motion for Summary

17  Judgment (#37), filed on February 24, 2012.  No objection to the Report and Recommendation has

18  been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and

19  Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of

20  Nevada.

21        The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

24  (#49) filed on June 14, 2012, should be adopted and accepted.

25  _____

26        [1]Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#49) filed on June 14, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#37) is GRANTED as to all claims in Plaintiff's second amended complaint.

IT IS SO ORDERED.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE